UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAURA KENNEDY                                                                                          PLAINTIFF

v.                                                 No. 2:21-cv-02170

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER                                                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 25) from United States Magistrate Judge Barry A. Bryant. The Magistrate Judge recommends that the decision of the Administrative Law Judge be reversed and remanded with directions to award Plaintiff benefits. The Commissioner timely filed objections (Doc. 26). The Court has conducted a de novo review of those portions of the report and recommendation to which the Commissioner has objected. 28 U.S.C. § 636(b)(1)(C). The Commissioner's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff is REVERSED. This matter is REMANDED with directions to award Plaintiff DIB or Title II benefits. Plaintiff's past-due benefits are to be calculated from Plaintiff's amended onset date of June 11, 2011.

Judgment will entered be accordingly.

IT IS SO ORDERED this 19th day of January, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE